UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

January 16, 2020

To: IRWIN LEE TRAUSS
Philadelphia Legal Services
718 Arch Street
Suite 300 N
Philadelphia, PA 19106

> In re: Kimberly Ann Glaser;
> Wells Fargo Bank National Assoc.;
> Select Portfolio Servicing, Inc.
> Bankruptcy No. 19-11998-mdc
> Adversary No.  20-00005-mdc
> Chapter 13

Re: <u>Adversary Complaint</u>

The above document(s) were filed in this office on  1/16/2020**.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |     |
| --- | --- | --- |
| ()  | Voluntary Petition | |
| (X) | Adversary Proceeding | $350.00 |
| ()  | $31.00 Filing Fee for Amendments | |
| ()  | $25.00 Claims Transfer Fee | |
| ()  | Motion Filing Fee | |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: Virginia S. DeBuvitz
   Deputy Clerk