# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KIMBERLY GLASER,<br><br>                   Debtor. | Case No. 2:19-bk-11998-mdc<br><br>Chapter 13 |
| KIMBERLY GLASER,<br><br>                   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH CERTIFICATES and SELECT PORTFOLIO SERVICING, INC.<br><br>                   Defendants. | Adv. Proc. No. 2:20-ap-00005-mdc |

## ORDER APPOINTING MEDIATOR
## AND ASSIGNMENT TO MEDIATION

AND NOW on this 23rd day of September, 2020, counsel having advised the court that the parties which to participate in the court-annexed mediation program, it is hereby:

**ORDERED** that the above-captioned adversary proceeding is assigned to mediation before the following mediator:

        Bonnie R. Golub, Esquire
        Weir & Partners LLP
        The Widener Building, Suite 500
        1339 Chestnut Street
        Philadelphia, PA 19107

The attorneys for the parties are:

>Irwin Lee Trauss
>**PHILADELPHIA LEGAL SERVICES**
>718 Arch Street
>Suite 300 N
>Phone: 215-981-3811
>Fax: 215-981-3871
>itrauss@philalegal.org
>*Attorney for Debtor/Plaintiff*
>
>Fred W. Hoensch
>Marissa Edwards
>1635 Market Street, 11th Floor
>Philadelphia, Pennsylvania 19103
>Phone: 267-908-9800
>Fax: 267-908-9888
>fred.hoensch@piblaw.com
>marissa.edwards@piblaw.com
>**PARKER IBRAHIM & BERG LLP**
>*Attorneys for Defendants,*
>Wells Fargo Bank National Association, as Trustee
>for Carrington Mortgage Loan Trust, Series 2007-
>FRE1, Asset-Backed Pass-Through Certificates and
>Select Portfolio Servicing, Inc.

The parties are further **ORDERED** to comply with the provisions of the Local Bankruptcy Rule 9019.3, including submission of the case information to the mediator as required.

Pursuant to Local Bankrupt Rule 9019-3(g), the mediator, if qualified to serve, will file within the Court within five (5) days of receipt of this Order, his or her acceptance of this mediation assignment. Pursuant to Local Bankruptcy Rule 9019-3(j)(2), the mediator may contact the clerk of court to coordinate the initial mediation conference

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>KIMBERLY GLASER,<br><br>      Debtor. | Case No. 2:19-bk-11998-mdc<br><br>Chapter 13 |
| KIMBERLY GLASER,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH CERTIFICATES and SELECT PORTFOLIO SERVICING, INC.<br><br>      Defendants. | Adv. Proc. No. 2:20-ap-00005-mdc |

**NOTICE TO CLERK OF ACCEPTANCE OR DECLINATION
OF ASSIGNMENT AS MEDIATOR**

Pursuant to Local Bankruptcy Rule 9019-3, I hereby notify the Clerk of the Bankruptcy Court that:

\_\_\_\_\_  I accept the mediation assignment.

\_\_\_\_\_  I decline the mediation assignment.

Date: _____    _____
                    Bonnie R. Golub, Esquire
                    Weir & Partners LLP
                    The Widener Building, Suite 500
                    1339 Chestnut Street
                    Philadelphia, PA 19107