IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>    KIMBERLY GLASER,<br><br>              Debtor. | :<br>:<br>:<br>: | Chapter 13<br><br>Case No.: 2:19-bk-11998-MDC |
| KIMBERLY GLASER<br>              Plaintiff,<br><br>         v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE 1, ASSET BACKED PASS-THROUGH CERTIFICATES and SELECT PORTFOLIO SERVICING, INC.,<br><br>              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adv. No. 2:20-ap-00005-MDC |

## NOTICE OF CONCLUSION OF MEDIATION

NOTICE IS HEREBY GIVEN pursuant to Local Bankruptcy Rule 9019-2(n)(6), that mediation in the above- matter was conducted and concluded on November 13, 2020.  The parties will, at this time, continue settlement discussions without the mediator.

                         WEIR & PARTNERS LLP

                         BY:    /s/ Bonnie R. Golub
                               Bonnie R. Golub, Esquire
                               The Widener Building, Suite 500
                               1339 Chestnut Street
                               Philadelphia, PA 19107
                               (215) 665-8181
                               bgolub@weirpartners.com
                               Mediator

Dated:  November 17, 2020