**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA DIVISION)**

| | |
|---|---|
| In re:<br>Kimberly Glaser<br>　　　Debtor | Bankruptcy No. 19-11998 mdc<br><br>Chapter 13 |
| Kimberly Glaser<br>　　　Plaintiff<br>　　v.<br>Wells Fargo Bank, as Trustee, et al.<br>　　　Defendants | Adversary No. 20-00005 mdc |

## STIPULATION EXTENDING TIME FOR PARTIES TO FILE STIPULATION OF SETTLEMENT

**WHEREAS** the parties have previously reported the above captioned adversary action as settled; and

**WHEREAS** the parties wish to extend the time to submit a Stipulation of Settlement on this matter.

**NOW THEREFORE,** the parties Stipulate and Agree, subject to the approval of the Honorable Court, that the time for filing the stipulation of settlement embodying the resolution of the adversary be extended thirty days (33) days to April 19, 2021.

By: /s/ Marissa Edwards
Marisa Edwards, Esquire
Parker Ibrahim and Berg LLP
Attorney for Defendants
1635 Market Street
Philadelphia, PA 19103
Telephone: 267-908-9809
Facsimile: 908-333-6230

Dated: March 16, 2021

By: /s/Irwin Trauss
Irwin L. Trauss, Esquire
Attorney for Plaintiff
Philadelphia Legal Assistance
718 Arch Street, Suite 300 N
Philadelphia, PA 19106
Phone: (215) 981-3811
Fax : (215) 981-3870

Dated: March 16, 2021

Approved: It is Ordered that the parties shall file a Stipulation of Settlement by April 19, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Honorable Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court