**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Kimberly Glaser<br>    Debtor | Bankruptcy No. 19-11998 mdc<br><br>Chapter 13 |
| Kimberly Glaser<br>    Plaintiff<br>    v.<br>Wells Fargo Bank, as Trustee, et al.<br>    Defendants | Adversary No. 20-00005 mdc |

**STIPULATION EXTENDING TIME FOR PARTIES TO FILE STIPULATION OF SETTLEMENT**

**WHEREAS** the parties have previously reported the above captioned adversary action as settled; and

**WHEREAS** the parties still have language to work out in the Settlement Agreement and Stipulation of Settlement and will need to obtain the acceptance of the Chapter 13 Standing Trustee; and

**WHEREAS** the parties wish to extend the time to submit a Stipulation of Settlement on this matter.

**NOW THEREFORE,** the parties Stipulate and Agree, subject to the approval of the Honorable Court, that the time for filing the stipulation of settlement embodying the resolution of the adversary be extended an additional twenty-one days (21) days to June 28, 2021.

| | |
|---|---|
| By: /s/ Marissa Edwards<br>Marisa Edwards, Esquire<br>Parker Ibrahim and Berg LLP<br>Attorney for Defendants<br>1635 Market Street<br>Philadelphia, PA 19103<br>Telephone: 267-908-9809<br>Facsimile: 908-333-6230<br><br>Dated: June 4, 2021 | By: /s/Irwin Trauss<br>Irwin L. Trauss, Esquire<br>Attorney for Plaintiff<br>Philadelphia Legal Assistance<br>718 Arch Street, Suite 300 N<br>Philadelphia, PA 19106<br>Phone: (215) 981-3811<br>Fax : (215) 981-3870<br><br>Dated: June 4, 2021 |

Approved: It is Ordered that the parties shall file a Stipulation of Settlement by June 28, 2021.

_____
Honorable Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court